UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA (MONTGOMERY)

IN RE:

Caren Barber,

Debtor.

Chapter 13
Case No. 17-32283

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

USAA Federal Savings Bank ("USAA"), by and through its undersigned attorneys, submits this objection to confirmation of the Chapter 13 Plan proposed by Caren Barber ("Debtor").

1. Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., on August 10, 2017. *See* Docket No. 1.

2. On April 20, 2016, Debtor borrowed $33,402.00 from USAA pursuant to a Note, Disclosure, and Security Agreement ("Note") that granted USAA a security interest in a 2011 Ford Explorer ("Vehicle") with a Vehicle Identification Number of 1FMHK7F83BGA71296. A copy of the Note is attached as **Exhibit A.**

3. USAA's security interest in the Vehicle was perfected on or about May 11, 2016 pursuant to a Certificate of Title. A copy of the Certificate of Title is hereto attached as **Exhibit B.**

4. On September 5, 2017, USAA filed a secured proof of claim with respect to the Vehicle in the amount of $26,953.82. *See* Claims Register, Claim 3-1.

5. On August 10, 2017, the Debtor filed the Chapter 13 Plan (the "Plan"). *See* Docket No. 2. The Plan proposes to repay the debt for the Vehicle value amount of $18,500.00 with monthly payments in the amount of $361.42. *Id*.

6. USAA objects to confirmation of the Plan on the grounds that the Vehicle is not eligible for valuation under Section 506 because the vehicle was purchased within 910 days of the Petition date. Pursuant to 11 U.S.C. §1325(a) "section 506 shall not apply to a claim described in that paragraph if that creditor has purchase money security interest securing the debt that is the subject of

the claim, the debt was incurred within the 910–day period preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle." 11 U.S.C.A. § 1325. USAA has a purchase money security interest securing the motor vehicle and the debt was incurred 477 days preceding the filing of the Petition. Under Section 1325(a) the Debtor is prevented from bifurcating USAA's secured claim on the Vehicle.

7. Because Debtor's Chapter 13 Plan improperly proposes to value an ineligible secured claim, confirmation of Debtor's Plan should be denied.

**WHEREFORE**, USAA Federal Savings Bank respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan, and for such other relief as the Court may deem just and proper.

DATED:  October 16, 2017

**Weinstein & Riley, P.S.**

/s/ Daniel Ross
Daniel Ross, Bar No. ROS057
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 2062693490
Email: danielr@w-legal.com
Attorneys for USAA Federal Savings Bank

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on October 16, 2017:

Debtor via first-class mail
Caren Barber
242 Ridgeview Drive
Millbrook, AL 36054

Bankruptcy Administrator via ECF
Bankruptcy Administrator
Email: ba@almb.uscourts.gov

Trustee via ECF
Sabrina L. McKinney
Email: trustees_office@ch13mdal.com

Debtor's Counsel via ECF
Richard D. Shinbaum
Email: rshinbaum@smclegal.com

                                                            /s/ Nikole Montufar
                                                            Nikole Montufar
                                                            Legal Assistant to Daniel Ross,
                                                            Attorney for USAA Federal Savings Bank